AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

MSN Hotmail
at 1065 La Avenida
Mountain View, California 94043
E-mail Account:ARCE_48@HOTMAIL.COM:

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I ___Martin Griffin___ being duly sworn depose and say:

I am a(n) ___Special Agent with the Drug Enforcement Administration___ and have reason to believe
         (Official Title)
that ☐ on the person of or ☒ on the property or premises known as  (name, description and or location)
stored electronic communications and content for accounts
ARCE_48@HOTMAIL.COM  maintained by MSN Hotmail, 1065 La Avenida, Mountain View, California in the Northern District of California, there is now concealed a certain person or property, namely (describe the person or property to be searched)
Electronic communications and content information described in Attachment A, incorporated by reference herein.

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
Evidence of a crime,

concerning a violation of Titles  21 and 18  United States Code, Section(s)  §§952, 959, 963 .  The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.     X    YES     NO

Signature of Affiant
Martin Griffin,  Special Agent
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence

at Washington, D.C.

Date

Name and Title of Judicial Officer           Signature of Judicial Officer

AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

MSN Hotmail
at 1065 La Avenida
Mountain View, California 94043
E-mail Account: ARCE_48@HOTMAIL.COM

**SEARCH WARRANT**

CASE NUMBER:

TO:   Special Agent Martin Griffin    and any Authorized Officer of the United States

Affidavit(s) having been made before me by  Special Agent Martin Griffin  who has reason to believe that ☐ on the person or ☒ on the premises known as  (name, description and or location)

stored electronic communications and content for accounts ARCE_48@HOTMAIL.COM:, maintained by MSN Hotmail, 1065 La Avenida, Mountain View, California.

in the Northern District of California, there is now concealed a certain person or property, namely (describe the person or property)

Electronic communications and content information described in Attachment A, incorporated by reference herein.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _____
                                                                                           (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

_____   at Washington, D.C.
Date and Time Issued

_____   _____
Name and Title of Judicial Officer        Signature of Judicial Officer

## UNITED STATES MAGISTRATE JUDGE
## U.S. DISTRICT COURT BUILDING
## WASHINGTON, D.C.

PLEASE ISSUE:   [ ] Arrest   [X] Search   [ ] Seizure

warrant for:    MSN Hotmail
                at 1065 La Avenida
                Mountain View, California

Violation:   [ ] D.C.C.   [X] U.S.C.   Titles:   21

Section(s):   §§952, 959, 963

Lawrence Schneider                          June 2, 2005
Trial Attorney                              Date
U.S. Department of Justice
Narcotic and Dangerous Drug Section
(202) 616-4940

                         Bond:   **N/A**

COMPLETE FOR ALL ARREST WARRANTS:

*The following information must be provided for ALL arrest warrants and an **original** and **duplicate** of this form must be submitted to the Clerk's Office with the warrant papers.*

Officer / Agent Name:

Badge Number:

Agency / Unit:
24 Hour Telephone Number:
 (For officer/agent)

Beeper Number:
 (For officer/agent)